Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

SungKyunKwan University, Research.. ) Case No: 3:16-cv-7333
Plaintiff(s),
v.
Artec Group, Inc.,
Defendant(s).

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Hao Ni, an active member in good standing of the bar of Eastern District of Texas, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: SungKyunKwan University, Research... in the above-entitled action. My local co-counsel in this case is Kris LeFan, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 8140 Walnut Hill Lane, Ste. 500<br>Dallas, TX 75231 | 11400 Olympic Blvd., Ste. 640<br>Los Angeles, CA 90064 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (972) 331-4600 | (310) 477-8511 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| hni@nilawfirm.com | kris@lowelaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24047205.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 12/29/16

Hao Ni
APPLICANT

---

### ORDER GRANTING APPLICATION
### FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Hao Ni is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 1/4/2017

UNITED STATES DISTRICT ~~/ MAGISTRATE~~ JUDGE

# Exhibit A



# UNITED STATES DISTRICT COURT
## Eastern District of Texas

*Certificate of Good Standing*

I, David A. O'Toole, Clerk of this Court, certify that

HAO NI

was duly admitted to practice in this Court on

December 17, 2007 , and is in good standing

as a member of the Bar of this Court.

Dated at   Beaumont, Texas

*David A. O'Toole*
Clerk of Court

on      April 28, 2016            by    *Jill Veazey*
Deputy Clerk

